Exhibit 2

| US8515386B2 | LifeFone: At-Home & On-the-Go Safe Watch Active ("The accused product") |
|---|---|
| 1. A method for determining the physical location of a VoIP phone and transmitting the physical location to an emergency services call center or the like, the method comprising: | The accused product discloses a method (e.g., emergency assistance, Automatic Fall detection, etc.) for determining the physical location (e.g., current location) of a VoIP phone (e.g., the accused product) and transmitting (e.g., automatically sending) the physical location (e.g., current location) to an emergency services call center (e.g., LifeFone monitoring center, emergency response center, etc.) or the like.<br><br>As shown, the accused product includes 4G LTE calling, two-way voice communication feature, etc., thereby acting as a VOIP phone. The accused product also includes an emergency help button, an automatic fall detection feature, etc. When an emergency help button is pressed, or a fall incident is detected via its sensors, a call is automatically placed to an emergency services call center such as LifeFone monitoring center, emergency response center, etc. The current location of the accused product is then determined using location services such as GPS, Wi-Fi, Cellular, Bluetooth network, etc., and is automatically transmitted to the emergency services call center, such as LifeFone monitoring center, emergency response center, etc. |



[https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active](https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active)

✓ **Works Nationwide** — Uses AT&T LTE cellular service in your area (it works with LifeFone's cellular service, not yours).

✓ **Water Resistant** — You can wear it in the rain or the shower for continued monitoring and protection.

✓ **Optional Fall Detection** — Available with fall detection for only an additional $5/month.

✓ **Advanced Location Technology** — Identifies your location with Cellular, WiFi & GPS technology.

✓ **Personalized Emergency Care Plan** — Phone, email, and text notifications included.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

✓ **Safe Watch *Active*® Features** — Get Emergency Help, Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning, Optional Fall Detection, Vibration Feedback.

✓ **Clear Two Way Voice Communications** — The powerful speaker and microphone makes it easy to hear and be heard by your LifeFone Care Team Operator.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/how-it-works



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

# Safe Watch *Active*® Features

The LifeFone Safe Watch *Active*® is a GPS-based alternative to a traditional medical alert device that enables you to maintain your active lifestyle.

The large face and high-resolution display allows you to confidently engage in activities while providing valuable tools and fast, reliable assistance in the event of an emergency.

- Get Emergency Help
- Monitor Heart Rate
- Track Steps
- View Daily Weather
- Low Battery Warning
- Optional Fall Detection

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## At-Home & On-the-Go, Safe Watch *Active*® Features



♥ **Get Emergency Help**

Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning

📟 **All-Day Battery Life**

Best in class configuration for check-in and monitoring allows for up to 24 hours of battery life.

🔊 **Clear Two Way Voice Communications**

The built-in powerful speaker and microphone make it easy to hear and be heard by your US-based LifeFone Care Team.

💧 **Water-Resistant**

LifeFone's lightweight, easy to use Safe Watch Active is water-resistant and can be comfortably worn in the shower.

📶 **Nationwide Cellular Coverage**

Works with our cellular service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. With optional Fall Detection, uses our AT&T service plan: **View Coverage**

📍 **Identifies your location with Cellular and WiFi technology**

In an emergency, we will send emergency responders to you. We are often able to identify your location more accurately than 911!

📱 **Optional Location Service**

Approved caregivers can locate their loved one using a simple text message.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Location-Based Services

**This device is dependent on cellular coverage to work. Where cellular coverage is limited, you may encounter diminished device capabilities.**

This system uses GPS, BLE and WiFi to provide fast and accurate location service. As with all location-based services, it may not always be possible to determine your location. Multi-level buildings, parking garages, and even dense urban areas can make it difficult for satellites and cell phone towers to determine an exact location.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

**FOR PROPER OPERATION, SAFE WATCH ACTIVE REQUIRES ADEQUATE CELLULAR COVERAGE! POOR CELLULAR COVERAGE MAY RESULT IN THE INABILITY TO PLACE AN EMERGENCY CALL!**
*Check with LifeFone for known coverage limitation*

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

|  | 2-Way Communication allows you to speak to an Emergency Care Agent using a built-in microphone and speaker<br><br>https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf |



**Speaker and Microphone**
located on back of Safe Watch Active

**Safe Watch Active Features:**
• Get Emergency Help
• Monitor Heart Rate

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

How the LifeFone Emergency Response Service Works

 Summon Help

Press your help button and a signal is sent to the LifeFone monitoring station.
Your LifeFone Care Agent will dispatch help based on the personalized care
instructions you provided.

LifeFone's On-The-Go service has Advanced Location Technology which identifies
your location with Cellular, WiFi & GPS Technology.

When Fall Detection Service is added to any LifeFone system, you will be connected to the
LifeFone monitoring station when the system detects a fall. Since no fall detection system
detects 100% of falls, if able, subscribers should press their help button in any emergency.

https://www.lifefone.com/how-it-works

As soon as the personal medical alarm button is pressed, you are connected to caring and compassionate, trained Emergency Care Agents based in the U.S. Faster response times help to ensure
the safest and best possible treatment for a fall, medical emergency or other safety concern. Our Care Agents review each emergency care plan to ensure we follow your wishes. Whether you
need immediate medical help or just some assistance from a neighbor, LifeFone is there when you need it.

https://www.lifefone.com/how-it-works



## 1. Summon Help

Press the personal help button on your Safe Watch Active. A signal is sent to LifeFone's US-based call center.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

Press and hold the Help Button on the side of your Safe Watch until you hear the emergency alert message. Speak towards the face of your watch when you are connected to the LifeFone response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

The Help Button, when pushed, initiates a two-way call to LifeFone's response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Placing an Emergency Call

To make an emergency call with your Safe Watch Active:

**Step 1.** Press and hold the Help Button on the right side of the Safe Watch Active until you hear the emergency alert message.

**Step 2.** LifeFone's response team will answer your call, talk to you to assess your needs, and notify emergency services if appropriate.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

### Test Your System Monthly



- Press and hold the Help Button on the right side of the Safe Watch Active until the call is initiated.
- Once the alarm is received by LifeFone, an emergency operator will speak with you through the speaker.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## **Optional Feature: Automatic Fall Detection**

If you have enabled the optional Fall Detection feature on your Safe Watch Active, then your LifeFone device provides extra protection by automatically calling for help if you fall and are unable to push your button.

**Since no fall detection system detects 100% of falls, you should press the button if you need help and you *do NOT* hear the Safe Watch say "A Fall Has Been Detected". If you are able, you should press the help button in the event of an emergency.**

**NOTE:** Please handle your Safe Watch Active with care when putting it on or taking it off. If it's dropped, it may interpret this movement as a fall and activate an Emergency call. If it does **Please tell the operator that it was a false alarm.** If you do not explain this to the operator, emergency help will be dispatched.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

| | |
|---|---|
| making a plurality of attempts to determine the physical location of the VoIP phone, each | The accused product discloses making a plurality of attempts (e.g., attempts corresponding to different location services such as GPS, Wi-Fi, Cellular, Bluetooth network, etc.) to determine the physical location (e.g., current location) of the VoIP phone (e.g., the accused product), each using a separate location detection technology ("LDT") |

| | |
|---|---|
| using a separate location detection technology ("LDT"): | (e.g., location detection technologies such as GPS, Wi-Fi, Cellular, Bluetooth network, etc. ).<br><br>As shown, the accused product includes 4G LTE calling, two-way voice communication feature, etc., thereby acting as a VOIP phone. The accused product also includes an emergency help button, an automatic fall detection feature, etc. When an emergency help button is pressed or a fall incident is detected via its sensors, a call is automatically placed to emergency services call center, such as LifeFone monitoring center, emergency response center, etc. and plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as GPS, Wi-Fi, Cellular, Bluetooth network, etc.<br><br>✓ **Works Nationwide** — Uses AT&T LTE cellular service in your area (it works with LifeFone's cellular service, not yours).<br><br>✓ **Water Resistant** — You can wear it in the rain or the shower for continued monitoring and protection.<br><br>✓ **Optional Fall Detection** — Available with fall detection for only an additional $5/month.<br><br>✓ **Advanced Location Technology** — Identifies your location with Cellular, WiFi & GPS technology.<br><br>✓ **Personalized Emergency Care Plan** — Phone, email, and text notifications included.<br><br>https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active |

✓ **Safe Watch *Active*®️ Features** — Get Emergency Help, Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning, Optional Fall Detection, Vibration Feedback.

✓ **Clear Two Way Voice Communications** — The powerful speaker and microphone makes it easy to hear and be heard by your LifeFone Care Team Operator.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



### "¹" Nationwide 4G LTE Cellular Coverage

Works with our cell phone service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. Uses our AT&T or Verizon service plan.

**View AT&T Coverage**
**View Verizon Coverage**

https://www.lifefone.com/how-it-works



### Optional Fall Detection

Fall Detection is a great failsafe option and an added level of protection for your Medical Alert Device. While you should always push your button in an emergency, your fall will be automatically detected by your Safe Watch *Active*®️ and an alarm will be sent to the Emergency Response Center.

✓ Cost is an additional $5/month

✓ Works anywhere you go in the U.S. provided there is AT&T cellular service in your area.

*When fall detection is added to your account, battery life may be reduced.*
*Since no fall detection system detects 100% of falls, if able, subscribers should press their help button in any emergency.*

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Safe Watch *Active*® Features

The LifeFone Safe Watch *Active*® is a GPS-based alternative to a traditional medical alert device that enables you to maintain your active lifestyle.

The large face and high-resolution display allows you to confidently engage in activities while providing valuable tools and fast, reliable assistance in the event of an emergency.

- Get Emergency Help
- Monitor Heart Rate
- Track Steps
- View Daily Weather
- Low Battery Warning
- Optional Fall Detection

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## At-Home & On-the-Go, Safe Watch *Active*® Features



💙 **Get Emergency Help**

Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning

📟 **All-Day Battery Life**

Best in class configuration for check-in and monitoring allows for up to 24 hours of battery life.

📢 **Clear Two Way Voice Communications**

The built-in powerful speaker and microphone make it easy to hear and be heard by your US-based LifeFone Care Team.

💧 **Water-Resistant**

LifeFone's lightweight, easy to use Safe Watch Active is water-resistant and can be comfortably worn in the shower.

📶 **Nationwide Cellular Coverage**

Works with our cellular service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. With optional Fall Detection, uses our AT&T service plan: **View Coverage**

📍 **Identifies your location with Cellular and WiFi technology**

In an emergency, we will send emergency responders to you. We are often able to identify your location more accurately than 911!

📱 **Optional Location Service**

Approved caregivers can locate their loved one using a simple text message.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Location-Based Services

**This device is dependent on cellular coverage to work. Where cellular coverage is limited, you may encounter diminished device capabilities.**

This system uses GPS, BLE and WiFi to provide fast and accurate location service. As with all location-based services, it may not always be possible to determine your location. Multi-level buildings, parking garages, and even dense urban areas can make it difficult for satellites and cell phone towers to determine an exact location.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

**FOR PROPER OPERATION, SAFE WATCH ACTIVE REQUIRES ADEQUATE CELLULAR COVERAGE! POOR CELLULAR COVERAGE MAY RESULT IN THE INABILITY TO PLACE AN EMERGENCY CALL!**
*Check with LifeFone for known coverage limitation*

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf



**GPS Signal**

**Battery Level**

**HELP Button** (on side)

**Heart Rate Monitor**

**Pedometer** (Step Count)

**Speaker and Microphone**
located on back of Safe Watch Active

**Safe Watch Active Features:**
• Get Emergency Help
• Monitor Heart Rate

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

How the LifeFone Emergency Response Service Works



## Summon Help

Press your help button and a signal is sent to the LifeFone monitoring station.
Your LifeFone Care Agent will dispatch help based on the personalized care
instructions you provided.

LifeFone's On-The-Go service has Advanced Location Technology which identifies
your location with Cellular, WiFi & GPS Technology.

When Fall Detection Service is added to any LifeFone system, you will be connected to the
LifeFone monitoring station when the system detects a fall. Since no fall detection system
detects 100% of falls, if able, subscribers should press their help button in any emergency.

https://www.lifefone.com/how-it-works



## 1. Summon Help

Press the personal help button on your Safe Watch Active. A signal is sent to LifeFone's US-based call center.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

Press and hold the Help Button on the side of your Safe Watch until you hear the emergency alert message. Speak towards the face of your watch when you are connected to the LifeFone response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

The Help Button, when pushed, initiates a two-way call to LifeFone's response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Placing an Emergency Call

To make an emergency call with your Safe Watch Active:

**Step 1.** Press and hold the Help Button on the right side of the Safe Watch Active until you hear the emergency alert message.

**Step 2.** LifeFone's response team will answer your call, talk to you to assess your needs, and notify emergency services if appropriate.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

### Test Your System Monthly



- Press and hold the Help Button on the right side of the Safe Watch Active until the call is initiated.
- Once the alarm is received by LifeFone, an emergency operator will speak with you through the speaker.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Optional Feature: Automatic Fall Detection

If you have enabled the optional Fall Detection feature on your Safe Watch Active, then your LifeFone device provides extra protection by automatically calling for help if you fall and are unable to push your button.

**Since no fall detection system detects 100% of falls, you should press the button if you need help and you *do NOT* hear the Safe Watch say "A Fall Has Been Detected". If you are able, you should press the help button in the event of an emergency.**

**NOTE:** Please handle your Safe Watch Active with care when putting it on or taking it off. If it's dropped, it may interpret this movement as a fall and activate an Emergency call. If it does **Please tell the operator that it was a false alarm.** If you do not explain this to the operator, emergency help will be dispatched.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

| if an attempt is successful, storing the physical location | The accused product discloses if an attempt (e.g., attempt to obtain current location of the accused product) is successful (e.g., current location is determined), storing the physical location determined (e.g., determined current location) using the corresponding |
|---|---|

| determined using the corresponding LDT; | LDT (e.g., GPS, Wi-Fi, Cellular, Bluetooth network, etc.). |
|---|---|
| | As shown, the accused product includes 4G LTE calling, two-way voice communication feature, etc., thereby acting as a VOIP phone. The accused product also includes an emergency help button, an automatic fall detection feature, etc. When an emergency help button is pressed or a fall incident is detected via its sensors, a call is automatically placed to emergency services call center, such as LifeFone monitoring center, emergency response center, etc. and plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as GPS, Wi-Fi, Cellular, Bluetooth network, etc. Upon successfully determining the current location of the accused product, the determined location is stored on the LifeFone servers. |

✓ **Works Nationwide** — Uses AT&T LTE cellular service in your area (it works with LifeFone's cellular service, not yours).

✓ **Water Resistant** — You can wear it in the rain or the shower for continued monitoring and protection.

✓ **Optional Fall Detection** — Available with fall detection for only an additional $5/month.

✓ **Advanced Location Technology** — Identifies your location with Cellular, WiFi & GPS technology.

✓ **Personalized Emergency Care Plan** — Phone, email, and text notifications included.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

✓ **Safe Watch *Active*®️ Features** — Get Emergency Help, Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning, Optional Fall Detection, Vibration Feedback.

✓ **Clear Two Way Voice Communications** — The powerful speaker and microphone makes it easy to hear and be heard by your LifeFone Care Team Operator.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



### ᵗ⁽ᵗ⁾ Nationwide 4G LTE Cellular Coverage

Works with our cell phone service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. Uses our AT&T or Verizon service plan.

**View AT&T Coverage**
**View Verizon Coverage**

https://www.lifefone.com/how-it-works



### Optional Fall Detection

Fall Detection is a great failsafe option and an added level of protection for your Medical Alert Device. While you should always push your button in an emergency, your fall will be automatically detected by your Safe Watch *Active*®️ and an alarm will be sent to the Emergency Response Center.

✓ Cost is an additional $5/month

✓ Works anywhere you go in the U.S. provided there is AT&T cellular service in your area.

*When fall detection is added to your account, battery life may be reduced.*
*Since no fall detection system detects 100% of falls, if able, subscribers should press their help button in any emergency.*

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Safe Watch *Active*® Features

The LifeFone Safe Watch *Active*® is a GPS-based alternative to a traditional medical alert device that enables you to maintain your active lifestyle.

The large face and high-resolution display allows you to confidently engage in activities while providing valuable tools and fast, reliable assistance in the event of an emergency.

- 🚑 Get Emergency Help
- 💙 Monitor Heart Rate
- 🏃 Track Steps
- ⚙️ View Daily Weather
- 🔋 Low Battery Warning
- 🦴 Optional Fall Detection

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## At-Home & On-the-Go, Safe Watch *Active*® Features



💙 **Get Emergency Help**

Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning

🔋 **All-Day Battery Life**

Best in class configuration for check-in and monitoring allows for up to 24 hours of battery life.

📢 **Clear Two Way Voice Communications**

The built-in powerful speaker and microphone make it easy to hear and be heard by your US-based LifeFone Care Team.

💧 **Water-Resistant**

LifeFone's lightweight, easy to use Safe Watch Active is water-resistant and can be comfortably worn in the shower.

📶 **Nationwide Cellular Coverage**

Works with our cellular service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. With optional Fall Detection, uses our AT&T service plan: **View Coverage**

📍 **Identifies your location with Cellular and WiFi technology**

In an emergency, we will send emergency responders to you. We are often able to identify your location more accurately than 911!

📱 **Optional Location Service**

Approved caregivers can locate their loved one using a simple text message.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Location-Based Services

**This device is dependent on cellular coverage to work. Where cellular coverage is limited, you may encounter diminished device capabilities.**

This system uses GPS, BLE and WiFi to provide fast and accurate location service. As with all location-based services, it may not always be possible to determine your location. Multi-level buildings, parking garages, and even dense urban areas can make it difficult for satellites and cell phone towers to determine an exact location.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

**FOR PROPER OPERATION, SAFE WATCH ACTIVE REQUIRES ADEQUATE CELLULAR COVERAGE! POOR CELLULAR COVERAGE MAY RESULT IN THE INABILITY TO PLACE AN EMERGENCY CALL!**
*Check with LifeFone for known coverage limitation*

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

| | |
|---|---|
| | 2-Way Communication allows you to speak to an Emergency Care Agent using a built-in microphone and speaker<br><br>https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf |



**GPS Signal**

**Battery Level**

**HELP Button**
(on side)

**Heart Rate Monitor**

**Pedometer**
(Step Count)

**Speaker and Microphone**
located on back of Safe Watch Active

**Safe Watch Active Features:**
• Get Emergency Help
• Monitor Heart Rate

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

How the LifeFone Emergency Response Service Works

 Summon Help

Press your help button and a signal is sent to the LifeFone monitoring station.
Your LifeFone Care Agent will dispatch help based on the personalized care
instructions you provided.

LifeFone's On-The-Go service has Advanced Location Technology which identifies
your location with Cellular, WiFi & GPS Technology.

When Fall Detection Service is added to any LifeFone system, you will be connected to the
LifeFone monitoring station when the system detects a fall. Since no fall detection system
detects 100% of falls, if able, subscribers should press their help button in any emergency.

https://www.lifefone.com/how-it-works

As soon as the personal medical alarm button is pressed, you are connected to caring and compassionate, trained Emergency Care Agents based in the U.S. Faster response times help to ensure
the safest and best possible treatment for a fall, medical emergency or other safety concern. Our Care Agents review each emergency care plan to ensure we follow your wishes. Whether you
need immediate medical help or just some assistance from a neighbor, LifeFone is there when you need it.

https://www.lifefone.com/how-it-works



## 1. Summon Help

Press the personal help button on your Safe Watch Active. A signal is sent to LifeFone's US-based call center.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

Press and hold the Help Button on the side of your Safe Watch until you hear the emergency alert message. Speak towards the face of your watch when you are connected to the LifeFone response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

The Help Button, when pushed, initiates a two-way call to LifeFone's response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Placing an Emergency Call

To make an emergency call with your Safe Watch Active:

**Step 1.** Press and hold the Help Button on the right side of the Safe Watch Active until you hear the emergency alert message.

**Step 2.** LifeFone's response team will answer your call, talk to you to assess your needs, and notify emergency services if appropriate.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

### Test Your System Monthly



- Press and hold the Help Button on the right side of the Safe Watch Active until the call is initiated.
- Once the alarm is received by LifeFone, an emergency operator will speak with you through the speaker.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Optional Feature: Automatic Fall Detection

If you have enabled the optional Fall Detection feature on your Safe Watch Active, then your LifeFone device provides extra protection by automatically calling for help if you fall and are unable to push your button.

**Since no fall detection system detects 100% of falls, you should press the button if you need help and you *do NOT* hear the Safe Watch say "A Fall Has Been Detected". If you are able, you should press the help button in the event of an emergency.**

**NOTE:** Please handle your Safe Watch Active with care when putting it on or taking it off. If it's dropped, it may interpret this movement as a fall and activate an Emergency call. If it does **Please tell the operator that it was a false alarm.** If you do not explain this to the operator, emergency help will be dispatched.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

<table>
<tr><td></td><td>

When you use the Service, we collect three types of information about you:

- (1) information you submit via your use of the Service,
- (2) information regarding your use of the Service collected by us as you interact with the Service, and
- (3) information from any third party websites, services and applications (each a "Third-Party Website").

https://www.lifefone.com/privacy-policy

The information we collect about you when you use the Services is stored on servers that are located in secured facilities and protected by protocols and procedures designed to ensure the security of such information. In addition, our employees and agents who have access to your personal information are trained in the maintenance and security of that information. However, no server, computer or communications network or system, or data transmission over the Internet or mobile network can be guaranteed to be 100% secure. As a result, while we strive to protect user information, we cannot ensure or warrant the security of any of your information, and you acknowledge and agree that you provide such information and engage in such transmissions at your own risk. Once we receive a transmission from you, we will endeavor to maintain its security on our systems.

https://www.lifefone.com/privacy-policy

</td></tr>
<tr><td>

placing a call to the emergency services call center with the VoIP phone; and

</td><td>

The accused product discloses placing a call (e.g., automatically placing an emergency call by pressing an emergency help button) to the emergency services call center (e.g., LifeFone monitoring center, emergency response center, etc.) with the VoIP phone (e.g., the accused product).

As shown, the accused product includes 4G LTE calling, two-way voice communication feature, etc., thereby acting as a VOIP phone. The accused product also includes an emergency help button, an automatic fall detection feature, etc. When an emergency help button is pressed or a fall incident is detected via its sensors, a call is automatically placed to emergency services call center, such as LifeFone monitoring center, emergency response center, etc.

</td></tr>
</table>

✔ **Works Nationwide** — Uses AT&T LTE cellular service in your area (it works with LifeFone's cellular service, not yours).

✔ **Water Resistant** — You can wear it in the rain or the shower for continued monitoring and protection.

✔ **Optional Fall Detection** — Available with fall detection for only an additional $5/month.

✔ **Advanced Location Technology** — Identifies your location with Cellular, WiFi & GPS technology.

✔ **Personalized Emergency Care Plan** — Phone, email, and text notifications included.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

✔ **Safe Watch *Active*®️ Features** — Get Emergency Help, Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning, Optional Fall Detection, Vibration Feedback.

✔ **Clear Two Way Voice Communications** — The powerful speaker and microphone makes it easy to hear and be heard by your LifeFone Care Team Operator.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/how-it-works

**FOR PROPER OPERATION, SAFE WATCH ACTIVE REQUIRES ADEQUATE CELLULAR COVERAGE! POOR CELLULAR COVERAGE MAY RESULT IN THE INABILITY TO PLACE AN EMERGENCY CALL!**
*Check with LifeFone for known coverage limitation*

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf



**Speaker and Microphone**
located on back of Safe Watch Active

**Safe Watch Active Features:**
• Get Emergency Help
• Monitor Heart Rate
https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

How the LifeFone Emergency Response Service Works



## Summon Help

Press your help button and a signal is sent to the LifeFone monitoring station.
Your LifeFone Care Agent will dispatch help based on the personalized care
instructions you provided.

LifeFone's On-The-Go service has Advanced Location Technology which identifies
your location with Cellular, WiFi & GPS Technology.

When Fall Detection Service is added to any LifeFone system, you will be connected to the
LifeFone monitoring station when the system detects a fall. Since no fall detection system
detects 100% of falls, if able, subscribers should press their help button in any emergency.

https://www.lifefone.com/how-it-works



## 1. Summon Help

Press the personal help button on your Safe Watch Active. A signal is sent to LifeFone's US-based call center.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

Press and hold the Help Button on the side of your Safe Watch until you hear the emergency alert message. Speak towards the face of your watch when you are connected to the LifeFone response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

The Help Button, when pushed, initiates a two-way call to LifeFone's response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Placing an Emergency Call

To make an emergency call with your Safe Watch Active:

**Step 1.** Press and hold the Help Button on the right side of the Safe Watch Active until you hear the emergency alert message.

**Step 2.** LifeFone's response team will answer your call, talk to you to assess your needs, and notify emergency services if appropriate.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

### Test Your System Monthly



- Press and hold the Help Button on the right side of the Safe Watch Active until the call is initiated.
- Once the alarm is received by LifeFone, an emergency operator will speak with you through the speaker.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

| | |
|---|---|
| | ## Optional Feature: Automatic Fall Detection<br><br>If you have enabled the optional Fall Detection feature on your Safe Watch Active, then your LifeFone device provides extra protection by automatically calling for help if you fall and are unable to push your button.<br><br>**Since no fall detection system detects 100% of falls, you should press the button if you need help and you *do NOT* hear the Safe Watch say "A Fall Has Been Detected". If you are able, you should press the help button in the event of an emergency.**<br><br>**NOTE:** Please handle your Safe Watch Active with care when putting it on or taking it off. If it's dropped, it may interpret this movement as a fall and activate an Emergency call. If it does **Please tell the operator that it was a false alarm.** If you do not explain this to the operator, emergency help will be dispatched.<br><br>https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf |
| automatically transmitting the physical location of the VoIP | The accused product discloses automatically transmitting (e.g., automatically sending) the physical location (e.g., current location) of the VoIP phone (e.g., the accused product).to the emergency services call center (e.g., LifeFone monitoring center, |

| | |
|---|---|
| phone to the emergency services call center. | emergency response center, etc.).<br><br>As shown, the accused product includes 4G LTE calling, two-way voice communication feature, etc., thereby acting as a VOIP phone. The accused product also includes an emergency help button, an automatic fall detection feature, etc. When an emergency help button is pressed or a fall incident is detected via its sensors, a call is automatically placed to emergency services call center, such as LifeFone monitoring center, emergency response center, etc. The current location of the accused product is then determined using location services such as GPS, Wi-Fi, Cellular, Bluetooth network, etc., and is automatically transmitted to the emergency services call center such as LifeFone monitoring center, emergency response center, etc.<br><br>✓ **Works Nationwide** — Uses AT&T LTE cellular service in your area (it works with LifeFone's cellular service, not yours).<br><br>✓ **Water Resistant** — You can wear it in the rain or the shower for continued monitoring and protection.<br><br>✓ **Optional Fall Detection** — Available with fall detection for only an additional $5/month.<br><br>✓ **Advanced Location Technology** — Identifies your location with Cellular, WiFi & GPS technology.<br><br>✓ **Personalized Emergency Care Plan** — Phone, email, and text notifications included.<br><br>https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active |

✓ **Safe Watch *Active*®  Features** — Get Emergency Help, Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning, Optional Fall Detection, Vibration Feedback.

✓ **Clear Two Way Voice Communications** — The powerful speaker and microphone makes it easy to hear and be heard by your LifeFone Care Team Operator.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



ᵃ⁽ᵖ⁾ **Nationwide 4G LTE Cellular Coverage**

Works with our cell phone service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. Uses our AT&T or Verizon service plan.

**View AT&T Coverage**
**View Verizon Coverage**

https://www.lifefone.com/how-it-works



**Optional Fall Detection**

Fall Detection is a great failsafe option and an added level of protection for your Medical Alert Device. While you should always push your button in an emergency, your fall will be automatically detected by your Safe Watch *Active*® and an alarm will be sent to the Emergency Response Center.

✓ Cost is an additional $5/month

✓ Works anywhere you go in the U.S. provided there is AT&T cellular service in your area.

*When fall detection is added to your account, battery life may be reduced.*
*Since no fall detection system detects 100% of falls, if able, subscribers should press their help button in any emergency.*

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Safe Watch *Active*® Features

The LifeFone Safe Watch *Active*® is a GPS-based alternative to a traditional medical alert device that enables you to maintain your active lifestyle.

The large face and high-resolution display allows you to confidently engage in activities while providing valuable tools and fast, reliable assistance in the event of an emergency.

- 🚑 Get Emergency Help
- 💙 Monitor Heart Rate
- 🏃 Track Steps
- ⚙️ View Daily Weather
- 🔋 Low Battery Warning
- 🔧 Optional Fall Detection

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## At-Home & On-the-Go, Safe Watch *Active*® Features



💙 **Get Emergency Help**

Monitor Heart Rate, Track Steps, View Daily Weather, Low Battery Warning

📟 **All-Day Battery Life**

Best in class configuration for check-in and monitoring allows for up to 24 hours of battery life.

📢 **Clear Two Way Voice Communications**

The built-in powerful speaker and microphone make it easy to hear and be heard by your US-based LifeFone Care Team.

💧 **Water-Resistant**

LifeFone's lightweight, easy to use Safe Watch Active is water-resistant and can be comfortably worn in the shower.

📶 **Nationwide Cellular Coverage**

Works with our cellular service, not yours. You don't need any type of phone service in your home to have this emergency response service protection. With optional Fall Detection, uses our AT&T service plan: **View Coverage**

📍 **Identifies your location with Cellular and WiFi technology**

In an emergency, we will send emergency responders to you. We are often able to identify your location more accurately than 911!

📱 **Optional Location Service**

Approved caregivers can locate their loved one using a simple text message.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

## Location-Based Services

**This device is dependent on cellular coverage to work. Where cellular coverage is limited, you may encounter diminished device capabilities.**

This system uses GPS, BLE and WiFi to provide fast and accurate location service. As with all location-based services, it may not always be possible to determine your location. Multi-level buildings, parking garages, and even dense urban areas can make it difficult for satellites and cell phone towers to determine an exact location.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## FOR PROPER OPERATION, SAFE WATCH ACTIVE REQUIRES ADEQUATE CELLULAR COVERAGE! POOR CELLULAR COVERAGE MAY RESULT IN THE INABILITY TO PLACE AN EMERGENCY CALL!

*Check with LifeFone for known coverage limitation*

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

2-Way Communication allows you to speak to an Emergency Care Agent using a built-in microphone and speaker

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf



**Battery Level**

**GPS Signal**

**HELP Button** (on side)

**Heart Rate Monitor**

**Pedometer** (Step Count)

**Speaker and Microphone**
located on back of Safe Watch Active

**Safe Watch Active Features:**
• Get Emergency Help
• Monitor Heart Rate

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

How the LifeFone Emergency Response Service Works



## Summon Help

Press your help button and a signal is sent to the LifeFone monitoring station.
Your LifeFone Care Agent will dispatch help based on the personalized care
instructions you provided.

LifeFone's On-The-Go service has Advanced Location Technology which identifies
your location with Cellular, WiFi & GPS Technology.

When Fall Detection Service is added to any LifeFone system, you will be connected to the
LifeFone monitoring station when the system detects a fall. Since no fall detection system
detects 100% of falls, if able, subscribers should press their help button in any emergency.

https://www.lifefone.com/how-it-works

As soon as the personal medical alarm button is pressed, you are connected to caring and compassionate, trained Emergency Care Agents based in the U.S. Faster response times help to ensure
the safest and best possible treatment for a fall, medical emergency or other safety concern. Our Care Agents review each emergency care plan to ensure we follow your wishes. Whether you
need immediate medical help or just some assistance from a neighbor, LifeFone is there when you need it.

https://www.lifefone.com/how-it-works



## 1. Summon Help

Press the personal help button on your Safe Watch
Active. A signal is sent to LifeFone's US-based call
center.

https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active



https://www.lifefone.com/at-home-and-on-the-go-safe-watch-active

Press and hold the Help Button on the side of your Safe Watch until you hear the emergency alert message. Speak towards the face of your watch when you are connected to the LifeFone response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

The Help Button, when pushed, initiates a two-way call to LifeFone's response team.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Placing an Emergency Call

To make an emergency call with your Safe Watch Active:

**Step 1.** Press and hold the Help Button on the right side of the Safe Watch Active until you hear the emergency alert message.

**Step 2.** LifeFone's response team will answer your call, talk to you to assess your needs, and notify emergency services if appropriate.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

### Test Your System Monthly



- Press and hold the Help Button on the right side of the Safe Watch Active until the call is initiated.
- Once the alarm is received by LifeFone, an emergency operator will speak with you through the speaker.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf

## Optional Feature: Automatic Fall Detection

If you have enabled the optional Fall Detection feature on your Safe Watch Active, then your LifeFone device provides extra protection by automatically calling for help if you fall and are unable to push your button.

**Since no fall detection system detects 100% of falls, you should press the button if you need help and you *do NOT* hear the Safe Watch say "A Fall Has Been Detected". If you are able, you should press the help button in the event of an emergency.**

**NOTE:** Please handle your Safe Watch Active with care when putting it on or taking it off. If it's dropped, it may interpret this movement as a fall and activate an Emergency call. If it does **Please tell the operator that it was a false alarm.** If you do not explain this to the operator, emergency help will be dispatched.

https://www.lifefone.com/media/pdf/manuals/Safe_watch_user-guide_092723.pdf